# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 24, 2020

Bridget M. McCormack,
Chief Justice

160805(48)

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SC: 160805
COA: 343961
Tuscola CC: 17-014300-FH

LANA LEE KENNEDY,
    Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's September 8, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2020



Clerk

a1116